# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PETER KIEWIT SONS', INC., | ) | Case No. 8:21-CV-00372 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| KIEWIT CONSTRUCTION, L.L.C., MICHAEL ALLEN HENDRICKSON, | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the Motion for Temporary Restraining Order filed by Plaintiff Peter Kiewit Sons', Inc. At the hearing held on September 30, 2021 at 10:30 a.m., Plaintiff appeared through counsel, Michael F. Coyle and Karson S. Kampfe.

The Court, being fully advised in the premises, orders as follows:

1. A temporary restraining order is issued effective immediately and ending on October 14, 2021, enjoining Kiewit Construction, L.L.C. and Michael Allen Hendrickson, their agents, servants, employees and all those in active concert and participation with Defendants to refrain from:

    a) Using the "KIEWIT CONSTRUCTION" mark or any other mark confusing similar to the service mark "Kiewit" ("Kiewit Mark").

    b) Refrain from making any representations which are suggestive that Defendants have or had some association with Kiewit or approval or authorization from Kiewit to use the Kiewit Mark in any capacity, including but not limited to their use of the "KIEWIT CONSTRUCTION" mark.

    c) Refrain from otherwise engaging in any further acts of unfair competition, infringement, and/or dilution of the Kiewit Mark.

2. Bond is set in the amount of $100.00.

- 2 -

DATED this 30th day of September, 2021.

*[signature]*
U.S. DISTRICT COURT JUDGE

Prepared and Submitted By:

Michael F. Coyle, #18299
Karson S. Kampfe, #26054
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
(402) 341-6000
Attorneys for Plaintiff